No. 667. LEHIGH VALLEY R. CO. ET AL. *v.* MARTIN, STATE TAX COMM'R, ET AL.;

Nos. 668 and 669. CENTRAL RAILROAD CO. OF NEW JERSEY *v.* SAME;

No. 670. DELAWARE, L. & W. R. CO. *v.* SAME;

No. 671. NEW YORK CENTRAL R. CO. *v.* SAME;

No. 672. NEW JERSEY & NEW YORK R. CO. *v.* SAME;

No. 673. NEW YORK, S. & W. R. CO. *v.* SAME;

No. 674. ERIE R. CO. *v.* SAME; and

No. 675. LEHIGH VALLEY R. CO. *v.* SAME. March 13, 1939. Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Jacob Aronson, Richard W. Barrett, Herbert A. Taylor, Maximillian M. Stallman, Alexander H. Elder,* and *T. R. White* for petitioners. *Messrs. David T. Wilentz* and *Duane E. Minard* for respondents. Reported below: 100 F. 2d 139.

No. 686. GREEN *v.* GREEN. March 13, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. E. T. Young* for petitioner. *Mr. George Francis* for respondent.

No. 654. McMENUS *v.* UNITED STATES. March 27, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Oral V. Mc-Menus, pro se.* No appearance for the United States.

No. 684. KONTOVICH *v.* UNITED STATES. March 27, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit, and motion for leave